AUSA Buie

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
May 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____LRT_____
DEPUTY

United States of America,  §
§
v.  §
§   Case Number: **1:22-MJ-505-ML**
**Pedro Cuaguilas-Remigio**  §
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 19, 2019,** in the county of **Travis**, in the Western District of Texas, the defendant, **Pedro Cuaguilas-Remigio**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 19, 2019**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **July 28, 2015**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

May 23, 2022                                   at            Austin, Texas
_____                             _____
Date                                                        City and State

Mark Lane
United States Magistrate Judge
_____                             _____
Name & Title of Judicial Officer                            Signature of Judicial Officer